UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL KOZIEJA, individually and on behalf of others similarly situated, | Case No.: 18cv2533-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 21]** |
| v. | |
| COMDATA, INC., | |
| Defendant. | |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 21. This action is **DISMISSED WITH PREJUDICE** as to Daniel Kozieja's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class members. FRCP 41(a). Each party shall bear its own costs and fees. All other pending motions are **DENIED AS MOOT**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 13, 2019

*Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge